| United States District Court | | Southern District of Texas |
|---|---|---|
| i-Tec Well Solutions, LLC, § § § Plaintiff, § § versus § § Peak Completion Technologies, Inc., § § Defendant. § | | Civil Action H-13-743 |
| Peak Completion Technologies, Inc., § § Plaintiff, § § versus § § i-Tec Well Solutions, LLC, § § Defendant. § | | Civil Action H-13-2045 |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-13-743. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action 13-743, *i-Tec Well Solutions, LLC v. Peak Completion Technologies, Inc.* Use only this style and number.

Signed on July 16, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge