| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Peak Completion Technologies, Inc., §
　　　　　　　　　　　　　　　　 §
　　　　Plaintiff,　　　　　　　　 §
　　　　　　　　　　　　　　　　 §
versus　　　　　　　　　　　　　 §　　Civil Action H-13-743
　　　　　　　　　　　　　　　　 §
i-Tec Well Solutions, LLC,　　　　 §
　　　　　　　　　　　　　　　　 §
　　　　Defendant.　　　　　　　 §

## Final Dismissal

1. On the announcement of settlement:
   A. The claims of Peak Completion Technologies, Inc., against i-Tec Well Solutions, LLC, are dismissed with prejudice.
   B. The claims of i-Tec against Peak are dismissed with prejudice.

2. i-Tec abandoned its motions for attorneys' fees, costs, sanctions, and to amend its pleadings.

3. The court retains jurisdiction to enforce the settlement.

Signed on October 16, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge